IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

DANIEL BILLETT
ADC #102133                                                              PLAINTIFF

v.                          No. 4:17-cv-421-DPM

STATE OF ARKANSAS                                                        DEFENDANT

## JUDGMENT

Billett's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 July 2017